Gordon D. Meador
CS7959 C5 113
P.O. Box 1050
Soledad, CA 93960

FILED

APR 13 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GORDON D. MEADOR,
    Plaintiff,

v.

RALPH DIAZ, et al.,
    Defendants.

NO. 4:19-CV-02116-JSW

SUPPLEMENTAL TO OPPOSITION OF DEFENDANTS MOTION FOR SUMMARY JUDGEMENT

Since the filing of his opposition plaintiff received two documents that clearly show defendants are still refusing to address the protection of plaintiff's life. And that they have full knowledge of plaintiff's needs.

They have rejected yet another 602 appeal that requested protection. (Exhibit A.) Also a letter from an (a) captain acknowledging enemies and allegations of enemie situations. (B.)

-1-

Plaintiff Respectfully Request that his honor allow Plaintiff to submit these 2 documents as he received them after the filing of his opposition.

DATED: MARCH 31, 2020

*/s/ Gordon D. Meador*
GORDON D. MEADOR

A

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

---

RE: Screening at the FIRST Level

*Friday, March 27, 2020*

MEADOR, C57959
C 005 1113001L

GRIEVANCE AGST STAFF, Supervisorial Review (Local Staff), 03/26/2020
Log Number: SVSP-L-20-01483
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though you had the opportunity to submit within the prescribed time constraints.*

*Meador, your appeal was received by the SVSP Appeals Office. However, that appeal is being cancelled due to "Time constraints not being met."*

☐ V. Lomeli, Appeals Coordinator
☒ W. Fonseca, Appeals Lt
☐ C. Ramos, CCI
☐ C. Martella, AGPA
Appeals Coordinator
SVSP

A₁

NOTE: If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.
*you people keep rejecting these issues why? please process.*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

**STATE OF CALIFORNIA**
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

ORIGINAL   COPY

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY | Institution/Parole Region: | Log #: | Category:

SVSP-L-20-01483

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): **Meador, D.**   CDC Number: **C57959**   Unit/Cell Number: **TCI A-12 / C5-113**   Assignment: **PIP**

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): **Ms. Foss, Partida & Parin, Aguillera, Lukus, Trying to get me killed.**

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): I am being denied protection. Title 15 3335 by Aguillera, Lukes, Ms Foss, Parin and partida. They are refusing to protect me from violence. 3335 & 3341

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): That I be protected under 3335 & 3341 and put into Ad-seg upon my discharge from the PIP program. Multiple enemies on SNY, G.P. and SOP yards.

**Supporting Documents:** Refer to CCR 3084.3.
[X] Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR 22 FORM

[ ] No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _____   Date Submitted: **2-2-19**

RECEIVED MAR 26 2020

[ ] By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? [ ] Yes [ ] No
This appeal has been:
[ ] Bypassed at the First Level of Review. Go to Section E.
[ ] Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
[ ] Cancelled (See attached letter) Date: ___
[ ] Accepted at the First Level of Review.

Assigned to: ___ Title: ___ Date Assigned: ___ Date Due: ___

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ___   Interview Location: ___

Your appeal issue is: [ ] Granted [ ] Granted in Part [ ] Denied [ ] Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ___ (Print Name) Title: ___ Signature: ___ Date completed: ___

Reviewer: ___ (Print Name) Title: ___ Signature: ___

Date received by AC: ___

AC Use Only
Date mailed/delivered to appellant ___/___/___




STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

**ORIGINAL**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**E. Second Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___ / ___ / ___

**F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
  See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___ / ___ / ___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

Inmate/Parolee Signature: _____  Date: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

Case 4:19-cv-02116-JSW Document 52 Filed 04/13/20 Page 7 of 11
Case 4:19-cv-02116-JSW Document 48 Filed 03/17/20 Page 7 of 118
COPY

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:

**YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER** [this includes a departmental peace officer] **FOR ANY IMPROPER POLICE** [or peace] **OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS'** [or inmates'/parolees'] **COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN** [or inmate/parolee] **COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.**

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| M___ M___ | MEADOR | 2-2-19 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
| Meador | M___ M___ | C57959 / 2-2-19 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| W. Fonseca | WF | 3/26/20 |

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

Violations 3335 & 3341
Failure to protect

1. PARIN
2. Partida
3. Lukus
4. Aguillera
5. T. Foss



B

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**SALINAS VALLEY STATE PRISON**
PO Box 1020
Soledad, CA 93930



March 27, 2020

Gordon Meador, C57959
Salinas Valley State Prison
C5-113l

Inmate Meador,

I received your letter and want to commend you for stating your desire was not to hurt anyone. You are alleging CDCR staff is trying to harm you. Let me assure you that your safety and the safety of Salinas Valley State Prison's (SVSP) staff is my top concern.

As you state in your letter, the Psychiatric Inpatient Program (PIP) has helped you control your impulses. I encourage you to keep with your treatments and attend your groups. Your PIP treatment team is here to help you and requires your participation. Without your involvement, your mental health providers will not be able to fully treat the underlying matters you may want addressed. SVSP staff is here to help you. You name numerous SVSP staff members who you are thinking of and who have helped you during your incarceration.

I take the allegations addressed in your letter very seriously and encourage you to take advantage of our grievance process. The Appeal 602 process is available to you to help resolve some of your allegations.

Thank you again for your correspondence. I value your concerns and welcome your letters. The California Department of Corrections and Rehabilitation and I encourage written correspondence.

If you have any further questions please contact me.

Sincerely,

E. MAZARIEGOS
Health Care Access Captain (A)
Salinas Valley State Prison

B/

Gordon D. Meador
CST959 C5 113
P.O. Box 1050
Soledad, CA 93960

**STATE PRISON GENERATED MAIL**

RECEIVED
APR 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

U.S. District Court
1301 Clay St. Suite 400S
Oakland, CA 94612-5212

Confidential/Legal

ZIP 93960
02 1W
0001393392
U.S. POSTAGE >> PITNEY BOWES
$ 000.65°
APR 08 2020

