UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>    Plaintiff,<br><br>    v.<br><br>H. AGUILARA, et al.,<br><br>    Defendants. | Case No. 19-cv-02116-JSW<br><br>**JUDGMENT** |

Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: August 24, 2020

_____
JEFFREY S. WHITE
United States District Judge